Stagg, Terenzi, Confusione & Wabnik, LLP
Attorneys for Plaintiff
Chase Bank USA, N.A.
401 Franklin Avenue
Suite 300
Garden City, New York 11530
(516) 812-4500
Thomas E. Stagg (ts-0663)
Haley E. Olam (ho-2482)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------
CHASE BANK USA, N.A.,

       Plaintiff,

 -against-

UNIFUND PORTFOLIO A LLC,

       Defendant.
-----------------------------------------------------------------------

Case No. 1:09-cv-09795

**RULE 7.1 DISCLOSURE**

  Pursuant to Federal Rule of Civil Procedure 7.1, Chase Bank USA, N.A. ("Chase"), by its attorneys, Stagg, Terenzi, Confusione & Wabnik, LLP, discloses and identifies its parent corporation, JPMorgan Chase & Co., which is a publicly traded corporation whose stock trades under the symbol "JPM". Chase Bank USA, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co.

Dated: Garden City, New York
November 24, 2009

                                        Yours, etc.,

                              Stagg, Terenzi, Confusione & Wabnik, LLP

By: _____
      Thomas E. Stagg (ts-0663)
      Haley E. Olam (ho-2482)
      Attorneys for Plaintiff
      Chase Bank USA, N.A.
      **Office & P.O. Address:**
      401 Franklin Avenue, Suite 300
      Garden City, New York 11530
      (516) 812-4500
      (516) 812-4600 Fax

rule 7.1