```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

CHASE BANK USA, N.A.,

                    Plaintiff,
                                              09 Civ. 9795 (RWS)
     - against -
                                              O R D E R

UNIFUND PORTFOLIO A LLC,

                    Defendants.

-----------------------------------------X
```

**Sweet, D.J.,**

Plaintiff's motion to dismiss the complaint, dated January 15, 2010, will be heard at noon on Wednesday, February 10, 2010 in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**January 19, 2010**

_____
ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/10